# Third District Court of Appeal

## State of Florida

Opinion filed September 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-961
Lower Tribunal No. F04-2111B
_____

**Manuel Walters,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Manuel Walters, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.